Prob12c (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

### TO BE FILED UNDER SEAL PENDING ARREST

| | |
|---|---|
| Name of Offender: | Trevia Latoya Brown |
| Name of Sentencing Judicial Officer: | Honorable Brian A. Jackson<br>U.S. District Judge |
| Date of Original Sentence: | November 2, 2012 |
| Original Offense: | Count 3: Bank Fraud, 18 U.S.C. § 1344, Class B Felony |
| | Count 19: Aggravated Identity Theft, 18 U.S.C. § 1028A, Class E Felony |
| Original Sentence: | Count 3: 24 months imprisonment, followed by three years supervised release |
| | Count 19: 24 months imprisonment, to be served consecutive to Count 3 for a total of 48 months imprisonment, followed by one year supervised release to run concurrently |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Paul Pugliese |
| Case Number: | 3:12CR34-BAJ-RLB |
| Date Supervision Commenced: | June 17, 2016 |
| Defense Attorney: | R. Mark Upton |

### PETITIONING THE COURT

[x]  To issue a warrant

[ ]  To issue a summons

P. Pugliese
USM, USPO - Certified

The probation officer believes that the offender has violated the following conditions of supervision:

### VIOLATION NUMBER 1: Grade C

Mandatory Condition:

"The defendant shall not commit another federal, state, or local crime."

Nature of Noncompliance:

On August 23, 2018, Ms. Brown was arrested by the East Baton Rouge Parish Sheriff's Office for operating a vehicle while intoxicated and speeding. This matter is pending in the 19th Judicial District Court in Baton Rouge, Louisiana, under docket 09-18-0216 with a current trial date of July 8, 2019. Driving while intoxicated is a violation of Louisiana Revised Statue 14:98.

### VIOLATION NUMBER 2: Grade C

Special Condition:

"The defendant shall participate in a substance abuse assessment and/or treatment program and residential treatment if needed, and shall assist in the cost of said treatment, as approved by the probation officer."

Nature of Noncompliance:

On August 29, 2018, Ms. Brown reported to Denham Springs Addictive Disorders for a substance abuse evaluation. The addictions counselor recommended she be placed in a weekly substance abuse group on Thursday nights. On October 1, 2018, Denham Springs Addictive Disorders continued to have sessions as a subcontractor with the new vendor, Capital Area Human Services. Ms. Brown's group sessions continued to be held on Thursday nights. On September 20, 2018, October 25, 2018, November 1, 2018, November 29, 2018, December 13, 2018, January 10, 2019, January 17, 2019, March 28, 2019, April 11, 2019, April 25, 2019, and May 16, 2019, Ms. Brown failed to attend her treatment sessions.

On May 3, 2019, Ms. Brown was instructed by the probation office to contact the vendor for a new assessment. As of this time, Ms. Brown has failed to contact the vendor to schedule her new assessment.

### VIOLATION NUMBER 3: Grade C

Standard Condition:

"The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."

Nature of Noncompliance:

Ascension Parish Sheriff's Office notified the probation office that on May 13, 2019, Ms. Brown ran a red light and they issued her a citation for the same. Ms. Brown has failed to notify the probation office of her law enforcement contact with the Ascension Parish Sheriff's Office on May 13, 2019.

U.S. Probation Officer Recommendation:

**The term of supervision should be:**

- [x] Revoked
- [ ] Extended for * year(s), for a total term of * years
- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2019,

Respectfully Submitted,

Clarence P. Rambo
Chief U.S. Probation Officer

Reviewed by:

By: *Lynn Guillot* (signature)

*Cassandra L. Robbins* (signature)
Cassandra L. Robbins
Supervisory U.S. Probation Officer

Lynn Guillot
Senior U.S. Probation Officer
June 7, 2019

## THE COURT ORDERS

[ ]     No Action

[✓]     The Issuance of a Warrant to be filed under seal pending arrest

[ ]     The Issuance of a Summons

[ ]     Other

_____       6/10/19
Signature of Judicial Officer          Date