# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                              **CRIMINAL NO.**

**-vs-**
                                                         **12-34-BAJ-EWD**

**TREVIA LATOYA BROWN**

## ORDER OF DETENTION PENDING FINAL
## REVOCATION HEARING

### FINDINGS

In accordance with Federal Rule of Criminal Procedure 32.1 and 18 U.S.C. § 3143(a), the defendant is detained.  The following facts and circumstances require the defendant to be detained pending a final revocation hearing.

For oral reasons given, the court found probable cause to believe the defendant violated the conditions of her supervised release.  Based on the testimony and evidence presented, the court also found that the defendant did not meet her burden of showing by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community; therefore, the court ordered the defendant detained pending the final revocation hearing.

### DIRECTIONS REGARDING DETENTION

**TREVIA LATOYA BROWN** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Signed in Baton Rouge, Louisiana, on June 13, 2019.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**